David Ferguson (#16043)
DEISS LAW, P.C.
10 W 100 S Suite 700,
Salt Lake City, UT 84101
Telephone: (801) 215-9469
dferguson@deisslaw.com
          *Attorney for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, SOUTHERN DIVISION

---

| | | |
|---|---|---|
| Leslie Abner, | : | **FIRST STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | Case No. 4:22-cv-00096-DN |
| Eric Houston, in his individual capacity, John Doe I-V, | : | Judge McIff Allen |
| | : | Magistrate Judge Kohler |
| Defendant. | | |

---

Leslie Abner provides the following status report:

Ms. Abner filed this matter on December 12, 2024. She moved to stay the proceedings pending the outcome of an appeal in the Utah Court of Appeals, determining the outcome of her criminal case that is substantially connected with this suit. Dkt. No. 10. The Court granted her motion on June 26, 2023. Dkt. No. 12.

Ms. Abner's appeal is ongoing. The State of Utah recently filed for a 90-day extension to respond to her appellate brief. It is anticipated that the extension will be granted.

DATED this 20 day of May, 2024.

          /s/ David Ferguson
DAVID FERGUSON
Attorney for Plaintiff